## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

KYLE A. SMITH,                 )
                        )
    Plaintiff,            )
                        )
      v.                 )     Case No. 4:21CV292 HEA
                        )
KILOLO KIJAKAZI,       )
Acting Commissioner of Social Security,  )
                        )
    Defendant.         )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Commissioner's Motion to Reverse and Remand, [Doc. No. 9].  For the reasons set forth in the motion, the Court agrees that the decision of the Administrative Law Judge should be reversed and remanded.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner for further proceedings

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

Dated this 22nd  day of December, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE